UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 1:26-cr-10055-LTS |
| SANJA ILIC, | ) | |
| Defendant. | ) | |

ASSENTED-TO MOTION TO CONVERT INITIAL
APPEARANCE AND WAIVER OF INDICTMENT AND PLEA TO
INFORMATION HEARING TO STATUS CONFERENCE

The United States of America, by its attorneys, with the assent of counsel for the defendant, Sanja Ilic ("Ms. Ilic" or the "Defendant"), moves this Honorable Court for entry of an Order converting the Initial Appearance and Waiver of Indictment and Plea hearing, currently scheduled for July 28, 2026, for 2:00 PM, into a status conference.[1] In support thereof, the United States states as follows:

1. On or about March 5, 2026, the United States and Ms. Ilic entered into a Plea Agreement, and Ms. Ilic was charged by Information with one count of Failure to File Adverse Event reports in violation of 21 U.S.C. §§ 331(q)(1)(B), 333(a)(2), and 360(i). ECF Dkts. 1, 2. At that time, Ms. Ilic was represented by Attorney Nicholas B. Johnson, Esq.

2. An Initial Appearance, Waiver of Indictment and Plea to Information hearing was set for April 1, 2026. ECF Dkt. 4. That hearing was rescheduled for April 21, 2026. ECF Dkt. 5. On or about April 7, 2026, Attorney Johnson informed the Court's deputy that he and his firm

[1] Counsel for the defendant has indicated a preference for a telephonic or Zoom conference, but is available for an in-person conference should the Court prefer.

no longer represented Ms. Ilic. On April 20, 2026, Attorney Katryna L. Spearman, Esq., contacted the Court's deputy and relayed that she would represent Ms. Ilic beginning with the April 21 hearing. At that hearing, Attorney Spearman provided an update as to Ms. Ilic's health status, and the Court rescheduled the Initial Appearance and Waiver of Indictment and Plea to Information hearing to July 28, 2026, at 2:00 PM.

3. Subsequently, on or about May 15, 2026, Attorney Spearman informed the United States that Ms. Ilic had not finalized her representation by Attorney Spearman, and that Ms. Ilic was unrepresented.

4. In June and early July 2026, while Ms. Ilic was unrepresented, the United States and Ms. Ilic discussed the upcoming July 28 hearing. Ms. Ilic represented to the United States that she continues to experience medical issues that will prevent her from traveling and that had interfered with her ability to retain counsel. Ms. Ilic provided the United States with a copy of a doctor's note stating that she is unable to safely travel at this time due to ongoing health concerns.

5. On or about July 22, 2026, Attorney Michelle J. Shapiro informed the United States that she is now representing Ms. Ilic on a limited basis and is available on July 28, 2026 at 2:00 PM. Attorney Shapiro reported that Ms. Ilic is unavailable to attend the July 28 hearing telephonically or by Zoom due to a conflicting medical appointment.

For the reasons stated above, the United States respectfully requests that this Court convert the currently scheduled Initial Appearance and Waiver of Indictment and Plea to Information hearing into a status conference in order to discuss rescheduling the Initial Appearance and Waiver of Indictment and Plea to Information hearing.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Sarah B. Hoefle*____________
MACKENZIE A. QUEENIN
SARAH B. HOEFLE
Assistant U.S. Attorneys

LORINDA LARYEA
Chief, Fraud Section
U.S. Department of Justice
Criminal Division, Fraud Section

_*/s/ John Howard*
KEVIN LOWELL
Assistant Chief, Fraud Section
WILLIAM SCHURMANN
Assistant Chief, Fraud Section
JOHN HOWARD
MARNEE RAND
SARAH ROCHA
Trial Attorneys, Fraud Section

Date: July 23, 2026

**CERTIFICATE OF SERVICE**

I certify that the foregoing filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

__*/s/ Sarah B. Hoefle*________________
SARAH B. HOEFLE
Assistant United States Attorney

Date: July 23, 2026